[No. 5498-5-III.   Division Three.   March 8, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
A. J. CLINTON, ET AL, *Appellants.*

Appeal from judgments of the Superior Court for Yakima County, Nos. 79-1-00289-1, 79-1-00288-2, Walter A. Stauffacher, J., entered November 17, 1982. *Affirmed* by

unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.